# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD KINNAMON,<br><br>        Plaintiff,<br><br>    vs.<br><br>C. LATIA, et al.,<br><br>        Defendants. | 1:12cv01325 AWI DLB PC<br><br>ORDER VACATING FEBRUARY 26, 2014, DISCOVERY AND SCHEDULING ORDER<br><br>(Document 24) |

    Plaintiff Todd Kinnamon, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on August 15, 2012.

    On February 26, 2014, the Court issued a Discovery and Scheduling Order. However, this order was issued in error and is therefore VACATED.

    The February 27, 2014, Discovery and Scheduling Order will govern this action.

IT IS SO ORDERED.

Dated: **February 27, 2014**                    /s/ Dennis L. Beck
                                                            UNITED STATES MAGISTRATE JUDGE

1