# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD KINNAMON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>C. LATIA, et al.,<br><br>　　　　Defendants. | )　1:12cv01325 AWI DLB PC<br>)<br>)<br>)　ORDER STRIKING PLAINTIFF'S<br>)　RESPONSE TO DEFENDANTS' ANSWER<br>)<br>)　(Document 39)<br>)<br>)<br>) |

　　　　Plaintiff Todd Kinnamon, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on August 15, 2012.  Defendants filed their answer on April 7, 2014.

　　　　On April 28, 2014, Plaintiff filed his "answer" to Defendants' answer.  Neither the Federal Rules of Civil Procedure nor the Local Rules provides for a response to an answer, absent an order from the Court requiring one.  Fed. R. Civ. P. 7(a)(7).  In this case, the Court did not order a response to the answer.

　　　　Accordingly, Plaintiff's response to Defendants' answer, filed April 28, 2014, is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

　　Dated:　**May 8, 2014**　　　　　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1