# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD KINNAMON, | ) 1:12cv01325 AWI DLB PC |
| Plaintiff, | ) ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER |
| vs. | ) TO DEFENDANT JORDAN |
| C. LATIA, et al., | ) (Document 27) |
| Defendants. | ) |

Plaintiff Todd Kinnamon, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on August 15, 2012.

Defendant Latia filed an answer on February 24, 2014. As a result, the Court issued a Discovery and Scheduling Order on February 27, 2014. At the time, Defendant Jordan had not yet appeared.

Subsequently, on April 7, 2014, Defendant Jordan filed an answer. The Court denied Defendant Latia's motion for reconsideration of the initial disclosure requirement on May 29, 2014.

1

Accordingly, application of the Discovery and Scheduling Order filed on February 24, 2014, is HEREBY EXTENDED to Defendant Jordan.[1]

IT IS SO ORDERED.

Dated: **June 27, 2014**                    /s/ Dennis L. Beck
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Jordan and Defendant Latia filed a statement regarding compliance with the initial disclosure requirement on June 26, 2014.  It therefore appears that Defendant Jordan is already acting pursuant to the Discovery and Scheduling Order, though the Court issues this order to avoid any confusion.