UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD KINNAMON, | ) Case No.: 1:12cv01325 AWI DLB (PC) |
| Plaintiff, | ) ORDER REGARDING PLAINTIFF'S FAILURE |
| v. | ) TO OPPOSE DEFENDANTS' |
| | ) MOTION FOR SUMMARY JUDGMENT |
| C. LATIA, et al., | ) |
| | ) THIRTY-DAY DEADLINE |
| Defendants. | ) |

Plaintiff Todd Kinnamon ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On December 5, 2013, the Court ordered that this action proceed against Defendants Latia and Jordan for violation of the Eighth Amendment.

On September 23, 2014, Defendants filed a motion for summary judgment. The motion contained the requirements for opposing summary judgment, but Plaintiff has not filed an opposition.[1]

///
///
///
///

---

[1] Plaintiff filed a notice of change of address on October 17, 2014. The notice was dated October 12, 2014.

1

1  This order serves to notify Plaintiff that if he does not file an opposition to the pending motion
2  within thirty (30) days of the date of this order, it will be decided without his input. Defendants may
3  file a reply to Plaintiff's opposition, if any, within seven (7) days of the date of service.
4
5  IT IS SO ORDERED.
6       Dated:    **December 19, 2014**                    /s/ *Dennis L. Beck*
7                                                    UNITED STATES MAGISTRATE JUDGE

2