# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD KINNAMON,<br><br>            Plaintiff,<br><br>    vs.<br><br>C. LATIA, et al.,<br><br>            Defendants. | 1:12cv01325 DLB PC<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE<br><br>(Document 62) |

Plaintiff Todd Kinnamon ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The action is proceeding on Plaintiff's Eighth Amendment excessive force claim against Defendants C. Latia and F. Jordan. Trial is set for October 27, 2015.

On May 4, 2015, Plaintiff indicated to the Court that he believed a settlement conference would be beneficial.

///

///

1

Accordingly, within ten (10) days, Defendants are ORDERED to inform the Court whether they believe a settlement conference would be beneficial.

IT IS SO ORDERED.

Dated:   **May 15, 2015**                                     _____ /s/ *Dennis L. Beck*
                                                                                   UNITED STATES MAGISTRATE JUDGE