# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD KINNAMON | 1:12cv01325 AWI DLB PC |
| Plaintiff, | ORDER GRANTING APPOINTMENT OF LIMITED PURPOSE COUNSEL |
| vs. | |
| C. LATIA, et al., | (Documents 61, 67) |
| Defendants. | |

Plaintiff Todd Kinnamon ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C § 1983. On May 4, 2015, and May 26, 2015, Plaintiff filed motions for the appointment of counsel. The Court finds that the appointment of counsel is warranted for the limited purpose of assisting Plaintiff with preparing for and participating in a settlement conference.[1] M. Greg Mullanax has been selected from the Court's pro bono attorney panel to represent Plaintiff and he has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for appointment of counsel are GRANTED;
2. M. Greg Mullanax is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting Plaintiff with preparing for and participating in a settlement conference.

---

[1] The Court is aware of the parties' requested dates for the settlement conference, and it will set the conference shortly by separate order.

1

3. M. Greg Mullanax's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference. Prior to the termination of the appointment, the Court will accord counsel the option of discontinuing his representation of Plaintiff, or at his discretion, proceeding as Plaintiff's appointed counsel for trial. If counsel does not wish to continue representation of Plaintiff after he has carried out his limited purpose, the Court will consider appointing new counsel for Plaintiff, if deemed appropriate at that time.

4. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

5. The Clerk of the Court is directed to serve a copy of this order upon M. Greg Mullanax, Law Office of M. Greg Mullanax, 2140 N. Winery Ave., Suite 101, Fresno, California 93703.

IT IS SO ORDERED.

Dated:  **May 28, 2015**                          /s/ *Dennis L. Beck*
                                                 UNITED STATES MAGISTRATE JUDGE

2