M. Greg Mullanax, SBN 155138
greg@lawmgm.com
Law Office of M. Greg Mullanax
2140 N. Winery Avenue, Suite 101
Fresno, CA 93703
(559) 420-1222
(559) 354-0997 fax

Attorney for Plaintiff,
Todd Kinnamon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Todd Kinnamon**,<br><br>          Plaintiff,<br><br>v.<br><br>**C. Latia, et al.**,<br><br>          Defendants. | Case No. 1:12-cv-01325<br><br>**Stipulation and [Proposed] Order to Continue Settlement Conference**<br><br>**(Doc. 73)** |

IT IS HEREBY STIPULATED between the parties in the above-entitled action, through their respective counsel of record, that the settlement conference in this matter currently scheduled for July 30, 2015 be continued to Tuesday, August 25, 2015 at 10:00 a.m. in Courtroom 6, Robert E. Coyle Federal Courthouse, 2500 Tulare Street, Fresno, California, before Magistrate Judge, Jennifer L. Thurston.

It is further stipulated that the parties will submit their confidential settlement conference statements on or before August 19, 2015.

Respectfully submitted,

Dated: _____   By: _____
                            Yun Hwa Harper
                            Deputy Attorney General,
                            Attorney for Defendants,
                            C. Laita and J. Jordan

Dated: _____   By: _____
                            M. Greg Mullanax
                            Law Office of M. Greg Mullanax

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Attorney for Plaintiff,
Todd Kinnamon

**ORDER**

IT IS HEREBY ORDERED that the Settlement Conference in civil action number 1:12-cv-01325, *Todd Kinnamon v. C. Latia, et al.*, is continued from Thursday, July 30, 2015 at 10:00 a.m. to Tuesday, August 25, 2015 at 10:00 a.m. in Courtroom 6, Robert E. Coyle Federal Courthouse, 2500 Tulare Street, Fresno, California, before Magistrate Judge, Jennifer L. Thurston, and that the parties shall submit their confidential settlement conference statements directly to Judge Thurston's chambers (via email to JLTOrders@caed.uscourts.gov) on or before August 19, 2015.

IT IS SO ORDERED.

Dated: **July 20, 2015**          **/s/ Jennifer L. Thurston**
                                  UNITED STATES MAGISTRATE JUDGE