# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD KINNAMON,<br><br>       Plaintiff,<br>   v.<br><br>C. LATIA, et al.,<br><br>       Defendants. | Case No. 1:12-cv-01325 DLB (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT TODD KINNAMON, CDC #P-50234, PLAINTIFF**<br><br>DATE: August 25, 2015<br>TIME: 10:00 a.m. |

**TODD KINNAMON**, inmate, CDC# P-50234, a necessary and material witness on his own behalf in a settlement conference on August 25, 2015, is confined at R.J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Jennifer L. Thurston at the United States Courthouse, 2500 Tulare Street, Fresno, California 93721, in Courtroom #6, on August 25, 2015, at 10:00 a.m.

**ACCORDINGLY, IT IS ORDERED** that:

    1.    A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2.    The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden**, R.J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179:

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

    **FURTHER**, you are **ORDERED** to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **July 20, 2015**                  /s/ Jennifer L. Thurston
                                                                   UNITED STATES MAGISTRATE JUDGE