

FILED
AUG 25 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TODD KINNAMON,** | Case No. 1:12-CV-01325-DLB |
| Plaintiff, | ORDER THAT PLAINTIFF IS NO LONGER NEEDED IN THIS PROCEEDING, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| **C. LATIA, F. JORDAN,** | |
| Defendants. | |

Settlement Conference was held in this matter on August 25, 2015.

Accordingly, Plaintiff Todd Kinnamon, CDCR #P-50234, is no longer needed by the Court in this proceeding, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED. The plaintiff may be transported back to the prison.

DATED: August 25, 2015

JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE