# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD KINNAMON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>C. LATIA, et al.,<br><br>　　　　　Defendants. | )　1:12cv01325 DLB PC<br>)<br>)　ORDER GRANTING PARTIES'<br>)　STIPULATION FOR VOLUNTARY<br>)　DISMISSAL<br>)<br>)　(Document 83)<br>)<br>)<br>)<br>) |

Plaintiff Todd Kinnamon ("Plaintiff") is a state prisoner proceeding with counsel and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.[1]  The action settled on August 25, 2015, and the parties filed a stipulation for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Accordingly, the stipulation is GRANTED and this action is DISMISSED WITH PREJUDICE.  Each party shall bear its own litigation costs and attorney fees.

IT IS SO ORDERED.

　　Dated:　__**August 26, 2015**__　　　　　　　　　__/s/ Dennis L. Beck__
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to the parties' consents, this action was assigned to the United States Magistrate Judge on May 6, 2015.

1